**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

RECEIVED
OCT 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:97-mi-00017 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CHARISSE LINTON LYONS | WRIT OF GARNISHMENT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1016 W. 6th Ave., Ste. 100, Anchorage, AK 99501   Attn: Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK 99513-7567

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Richard L. Pomeroy, A.U.S.A.
TELEPHONE NUMBER: (907) 271-5071
DATE: 6-8-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 6-14-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7-3-06   Time: 110   ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45 | .89 | | | | |

REMARKS:
Received check for $1104.96

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CHARISSE LINTON LYONS,<br><br>  Defendant. | Case No. 3:97-MI-017 |

**U.S. MARSHALS RETURN ON WRIT OF EXECUTION**

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **July 3, 2006,** by Deputy U.S. Marshal **Ron Dewitt** and that on **October 17, 2006** this office did receive a State of Alaska Treasury Warrant Check No. **57671541** made payable to the Clerk of Court in the amount of **$1,104.96**.

I hereby return said check to the U.S. District Court **partially** satisfying this Writ of Execution, dated this __19__ day of **October, 2006** at Anchorage, Alaska.

RANDY M. JOHNSON
United States Marshal
District of Alaska

By: _____
Deputy U.S. Marshal

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
# BY A COURT WRIT

To: State of Alaska
Department of Revenue
Permanent Fund Dividend Division

From: United States Marshals
222 W. 7th Avenue, #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

| *- For PFD Division Use Only -* |
| --- |
| PFD Server Code |
| **G0137** |
| Location_____ |
| Priority_____ |

____ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**U.S. DISTRICT COURT CASE NUMBER:** 3:97-MI-00017 ()
**Criminal Fine or Restitution (100% of PFD attachable)**

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** CHARISSE LINTON LYONS

**AKA or Alias:**

**Social Security Number:**

**Date of Birth:**

**Amount of Writ** $9,434.52

**Service Fee** $

**Interest to October 15** $

**Total Due** $9,434.52

Service Agent

| Signature | Date |
| --- | --- |
| [signature] | 7-3-06 |
| Printed Name | Title |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

**1099-MISC**

Payer's Name: State of Alaska
Federal Identification Number:

Case Id: 397MI17
Applicant's Name:
    LYONS, CHARISSE

| Warrant Issue Date: 10/04/2006 | Warrant Amount ........................ $1104.96 |

CLERK OF COURT
222 W 7TH AVE #28
ANCHORAGE AK  99513

PFD ALN: 06145907

**Funding for PFD dividends comes from:**
- Permanent Fund earnings:
  Constitutional dedication of funds     $400.13
  Legislative action:
    Statutory inflation proofing          434.42
    Special legislative appropriations    308.67
- Reimbursements to the Dividend Fund       0.09
- Unexpended prior year Dividend Funds     12.93

**Total Gross Dividend**                 **$1156.24**

**The Total Gross Dividend has been reduced for:**
- Medical and Public Assistance hold
  harmless provisions of AS 43.23.075        -$21.39
- Legislative appropriation of convicted
  and incarcerated felon and misdemeanant
  dividends                                   -13.95
- Dividend program administrative costs       -11.13
- Prior year dividend obligations              -2.81

**Net Dividend**                           **$1106.96**

An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:

- convicted of a felony
- incarcerated as a result of a conviction of a felony; or
- incarcerated as a result of a conviction of a misdemeanor if the individual was convicted of a prior felony or two or more prior misdemeanors.

**Total funds that would have been paid as 2005 dividends to individuals not eligible under this provision were $8,406,009.**

**The legislative purpose for making these individuals not eligible to receive a dividend is to:**

- obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
- provide funds for services for and payments to crime victims, and for grants for the operation of domestic violence and sexual assault programs.

**Total funds appropriated for FY 2007 under this purpose are:**

| | |
|---|---|
| • Department of Corrections | $4,552,400 |
| • Council on Domestic Violence and Sexual Assault | 2,777,500 |
| • Violent Crimes Compensation Board | 782,400 |
| • Office of Victims' Rights | 293,700 |
| **Total appropriations** | **$8,406,000** |

Dividend Information Offices - Anchorage (907) 269-0370 / Fairbanks (907) 451-2820 / Juneau (907) 465-2326 / Inside Alaska 1-800-733-8813

```
           UNITED STATES
           DISTRICT COURT
            District of Alaska
            Anchorage Division

          #  00129125  -  PS
          October 20, 2006


   Code    Case #    Qty      Amount

   604700-R 97-17             1,104.96 CK


          TOTAL→         1,104.96


   FROM: STATE OF ALASKA RE: PFD
         FOR CHARISSE LINTON LYONS
         3:97-MI-00017
```