IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:97-MI-00017 (JKS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO RELEASE** |
| Charisse Linton Lyons, | ) | **ATTACHED PFD FUNDS** |
| | ) | |
| Defendant. | ) | |

　　Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

　　The attached funds, in the amount of $1,104.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

　　　　IT IS SO ORDERED.


DATED:___November 7, 2006____　　　__/s/James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE